UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **KELLY, THOMAS P.,** ) | Case No. 06-08396 | |
| **KELLY, GERTRUDE,** ) | | |
| Debtor(s). ) | **Hon. PAMELA S. HOLLIS** | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
Of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL 60604

   On: May 1, 2007    Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $275,067.06 |
   | Disbursements | $239,450.65 |
   | Net Cash Available for Distribution | $35,616.41 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>*Trustee* | $0.00 | $15,503.35 | $0.00 |
| JOSEPH BALDI & ASSOCIATES<br>*Attorney for Trustee (Other Firm)* | $0.00 | $5,870.00 | $67.91 |
| POPOWCER KATTEN LTD.<br>*Accountant for Trustee (Other Firm)* | $0.00 | $1,060.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $76,920.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.05%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Citibank South Dakota N.A | $8,139.66 | $1,387.84 |
| 4 | Citibank/CHOICE | $14,352.46 | $2,447.14 |
| 3 | Citibank/CHOICE | $17,210.77 | $2,934.49 |
| 5 | Citibank/CHOICE | $29,943.89 | $5,105.52 |
| 1 | Discover Bank/Discover Financial Services | $5,442.95 | $928.04 |
| 2 | Federated Retail Holdings, Inc./Marshall Fields | $300.61 | $51.25 |
| 7 | LVNV Funding LLC its successors and assigns as | $1,530.04 | $260.87 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| 1. CHECKING, SAVINGS, ETC. LASALLE BANK | $200.00 |
| 2. CHECKING, SAVINGS, ETC. WAMU | $22.00 |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | $5,500.00 |
| 4. WEARING APPAREL | $300.00 |
| 5. FURS AND JEWELRY – WEDDING RINGS | $500.00 |
| 6. INSURANCE PLOICIES - TERM | $0.00 |
| 7. INSURANCE POLICIES – WHOLE LIFE | $935.00 |
| 8. PENSION 28,731.00 | $28,731.00 |
| 9. IRA'S/PENSION PLANS, ETC. – 401K | $50,000.00 |
| 10. AUTOMOBILE - HYUNDAI | $9,060.00 |
| 11. MACHINERY/EQUIPMENT | $500.00 |

Dated: March 28, 2007                    For the Court,

                                         By:   KENNETH S GARDNER
                                                Kenneth S. Gardner
                                                CLERK OF BANKRUPTCY COURT
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL  60604

Trustee:       Gregg Szilagyi
                 Levenfeld Pearlstein, LLC
Address:      Two North LaSalle Street
                 Suite 1300
                 Chicago, IL  60602
Phone No.:   (312) 346-8380

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1              User: amcc7                    Page 1 of 2            Date Rcvd: Mar 28, 2007
Case: 06-08396                    Form ID: pdf002                Total Served: 37

The following entities were served by first class mail on Mar 30, 2007.
db          +Thomas P. Kelly,    1025 Nottingham Lane,    Hoffman Estates, IL 60169-2613
jdb         +Gertrude Kelly,    1025 Nottingham Lane,    Hoffman Estates, IL 60169-2613
aty         +Christopher H Purcell,    Sherman & Sherman,    120 S LaSalle St,    Suite 1460,
              Chicago, IL 60603-3575
aty         +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
aty         +Joseph A Baldi,, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Michael L Sherman,    Sherman & Sherman,    120 South La Salle St Ste 1460,    Chicago, IL 60603-3575
aty         +Rachael A Stokas,    Codilis & Associates,    15W030 N. Frontage  Ste. 100,
              Burr Ridge, IL 60527-6921
aty         +Stuart B Handelman,    Law Offices Of Stuart B  Handelman P C,    332 S Michigan Ave Ste 1020,
              Chicago, IL 60604-4414
tr          +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
              Chicago, IL 60602-3709
cr          +Washington Mutual Bank,    c/o Codilis and Associates,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
10820663    +Citibank,    Box 6000,    The Lakes, NV 89163-0001
10820658     Citibank,    c/o Academy Collection Service Inc,    10965 Decatur Road,
              Philadelphia, PA 19154-3210
10820679     Citibank,    c/o Sunrise Credit Services, Inc.,    P.O. Box 9100,    Seaford, NY 11783-2608
10820677    +Citibank,    c/o NCO Financial Systems, Inc.,    P.O. Box 15630,    Wilmington, DE 19850-5630
10820661     Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
10820667    +Citibank,    c/o Client Services, Inc,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-4047
10820660    +Citibank,    c/o Blatt, Hasenmiller, Leibsker &,    Moore LLC,    125 S. Wacker Drive, Suite 400,
              Chicago, IL 60606-4440
10820666    +Citibank South Dakota N.A.,    Citibank Checking Plus,    1000 Technology Drive,    Mail Stop 504,
              O'Fallon, MO 63368-2239
10820664    +Citibank UCS,    8787 Baypine Road,    Jacksonville, FL 32256-8528
10820659    +Citibank UCS,    c/o Baker, Miller, Markoff & Krasny,    29 N. Wacker Dr.,    5th floor,
              Chicago, IL 60606-2840
10820678    +Citibank, FSB.,    c/o NCO Financial Systems, Inc.,    P.O. Box 15630,    Dept 72,
              Wilmington, DE 19850-5630
10820665    +Citibank, FSB.,    1000 Technology Drive,    MS 504A,    O'Fallon, MO 63368-2239
10962776     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10820669    +Columbian Life Insurance Company,    25 Technology Pkwy South,    Suite 200,
              Norcross, GA 30092-2946
10820672    +Discover Card,    c/o Focus Receivables Management,    1130 Northchase Parkway,    Suite 150,
              Marietta, GA 30067-6420
10820670    +Discover Card,    P.O. Box 15316,    Wilmington, DE 19886-5316
10922759    +Federated Retail Holdings, Inc./Marshall Fields,    C/O TSYS Debt Management,    Po Box 137,
              Columbus, GA 31902-0137
10820671    +Five Star Life Insurance Company,    421 S. 9th Avenue,    Suite 222,    Lincoln, NE 68508-6214
10820673    +Great Bank Algonquin,    2100 Huntington Drive,    Algonquin, IL 60102-5921
10983003     LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP/Citi,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10820676    +Lvnv Funding, LLC., as assignee of,    Sears,    c/o National Enterprise Systems,    29125 Solon Road,
              Solon, OH 44139-3442
10820674    +Lvnv Funding, LLC., as assignee of,    Sears,    P.O. Box 10497,    Greenville, SC 29603-0497
10820675    +Marshall Fields,    300 Sheffeld Center,    Lorain, OH 44055-3129
10820657    +Stuart B. Handelman,    The Law Offices of Stuart B. Handelman,,
              332 S. Michigan Avenue, Suite 1020,    Chicago, IL 60604-4414
10820680    +Washington Mutal Home Loans,    P.O. Box 3139,    Milwaukee, WI 53201-3139
10820668    +Washington Mutal Home Loans,    c/o Codilis & Associates, P.C.,    Attn: Bankruptcy Dept.,
              15W030 N. Frontage Rd, Ste 100,    Burr Ridge, IL 60527-6921
The following entities were served by electronic transmission on Mar 29, 2007.
10889195    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2007 03:45:55
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 1
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West,    Popowcer Katten, Ltd.
br           Mark Weiss
10820662*    Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
10820656*   +Gertrude Kelly,    1025 Nottingham Lane,    Hoffman Estates, IL 60169-2613
10820655*   +Thomas P. Kelly,    1025 Nottingham Lane,    Hoffman Estates, IL 60169-2613
                                                                                               TOTALS: 2, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Mar 28, 2007
Case: 06-08396                Form ID: pdf002          Total Served: 37

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2007**                         **Signature:**         _/s/ Joseph Speetjens_