UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| THOMAS P. KELLY | ) | CASE NO. 06-08396 |
| GERTRUDE KELLY, | ) | |
| Debtors | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE PAMELA S. HOLLIS
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Group Exhibit "B."

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

October 18, 2007                              Gregg Szilagyi
DATE                                          TRUSTEE

Gregg Szilagyi
Suite 800
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| KELLY, THOMAS P. | ) | CASE NO. 06-08396-PSH |
| KELLY, GERTRUDE | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

## DISTRIBUTION REPORT

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $22,501.26 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $13,167.21 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$35,668.47** |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 22,501.26 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $15,503.35 | $15,503.35 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | JOSEPH BALDI & ASSOCIATES, Attorney for Trustee Fees (Other Firm) | $5,870.00 | $5,870.00 |
| | JOSEPH BALDI & ASSOCIATES, Attorney for Trustee Expenses (Other Firm) | $67.91 | $67.91 |
| | POPOWCER KATTEN LTD., Accountant for Trustee Fees (Other Firm) | $1,060.00 | $1,060.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | TOTAL | FINAL |
|---|---|---|
| **12. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |

§507(a)(9) - Capital Commitments to Federal Depository Institutions — $ 0.00

| | TOTAL | FINAL |
|---|---|---|
| **12. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |

§507(a)(10) – Death & Personal Injury Claims for DUI — $ 0.00

| | TOTAL | FINAL |
|---|---|---|
| **13. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 81,540.38 | 16.15 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 8 | 5 Star Life Insurance Company, General Unsecured 726(a)(2) | $4,620.00 | $746.04 |
| 6 | Citibank South Dakota N.A., General Unsecured 726(a)(2) | $8,139.66 | $1,314.40 |
| 3 | Citibank/ CHOICE, General Unsecured 726(a)(2) | $17,210.77 | $2,779.21 |
| 5 | Citibank/ CHOICE, General Unsecured 726(a)(2) | $29,943.89 | $4,835.36 |
| 4 | Citibank/ CHOICE, General Unsecured 726(a)(2) | $14,352.46 | $2,317.65 |
| 1 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $5,442.95 | $878.93 |
| 2 | Federated Retail Holdings, Inc./Marshall Fields, General Unsecured 726(a)(2) | $300.61 | $48.54 |
| 7 | LVNV Funding LLC its successors and assigns as, General Unsecured 726(a)(2) | $1,530.04 | $247.08 |

| | TOTAL | FINAL |
|---|---|---|
| **14. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |

§726(a)(3) - Tardily filed                $ 0.00
unsecured claims

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   May 15, 2007                        /s/ Gregg Szilagyi
                                            **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 634-4748
Facsimile:   (312) 634-5520

Case 06-08396    Doc 56    Filed 10/29/07    Entered 10/29/07 10:18:53    Desc Main
                            Document      Page 8 of 18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| KELLY, THOMAS P. | ) | CASE NO. 06-08396-PSH |
| KELLY, GERTRUDE | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $15,503.35 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $15,503.35 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

By: _____
United States Bankruptcy Judge

MAY 15 2007

*Order Prepared by*:

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-08396 |
| Thomas and Gertrude Kelly, | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtors. | ) | |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation     $5,870.00
2. Expenses         $   67.91

    TOTAL          $5,937.91

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

MAY 15 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: THOMAS & GERTRUDE KELLY )      CASE NO. 06 B 08396
                               )
                               )      CHAPTER 7 CASE
            DEBTORS            )
                               )      HON. PAMELA S. HOLLIS
                               )

ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period January 10, 2007 through January 12, 2007 in the amount of $1,060.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

MAY 15 2007

# EXHIBIT B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08396
Case Name: THOMAS P. KELLY
            GERTRUDE KELLY
Taxpayer ID No: XX-XXX2349
For Period Ending: 10/18/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4255 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Page: 2

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/20/2006 | 1 | WILLIAM RYDELSKI | PURCHASE OF 1025 NOTTINGHAM REAL ESTATE - 1025 NOTTINGHAM LANE HOFFMAN ESTATES | 1110-000 | 35,549.35 | | 35,549.35 |
| | | WASHINGTON MUTUAL BANK | PAYOFF MORTGAGE | 4110-000 | 275,000.00 | | |
| | | MARK B. WEISS | BROKER'S COMMISSION | 3510-000 | (187,096.12) | | |
| | | REMAX SUBURBAN | COOPERATING | | (16,500.00) | | |
| | | TICOR TITLE | TITLE CHARGES | 2500-000 | (1,045.00) | | |
| | | COOK COUNTY | TAXES AND TRANSFER STAMPS | 2820-000 | (4,746.03) | | |
| | | STATE OF ILLINOIS | | | | | |
| | | HOFFMAN ESTATES | | | | | |
| | | TICOR TITLE | OVERNIGHT DELIVERY CHARGE | 2500-000 | (25.00) | | |
| | | COOK COUNTY RECORDER | RECORDING FEE | 2500-000 | (38.50) | | |
| | | THOMAS AND GERTRUDE KELLY | PAYMENT OF HOMESTEAD EXEMPTION | 8100-002 | (30,000.00) | | |
| 11/30/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 6.64 | | 35,555.99 |
| 12/29/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 30.19 | | 35,586.18 |
| 1/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 30.23 | | 35,616.41 |
| 2/28/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 27.32 | | 35,643.73 |
| 3/15/2007 | 001001 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | 2300-000 | | 48.48 | 35,595.25 |
| 3/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 30.25 | | 35,625.50 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 29.29 | | 35,654.79 |
| 5/15/2007 | INT | Bank of America | Interest | 1270-000 | 13.68 | | 35,668.47 |
| 5/15/2007 | | Transfer to Acct#XXXXXXX1229 | Transfer of Funds | 9999-000 | | 35,668.47 | 0.00 |
| | | | | Page Subtotals | 35,716.95 | 35,716.95 | |

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-08396
Case Name: THOMAS P. KELLY
GERTRUDE KELLY
Taxpayer ID No: XX-XXX2349
For Period Ending: 10/18/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4255 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 35,716.95 | 35,716.95 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 35,668.47 | |
| | | | Subtotal | | 35,716.95 | 48.48 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 35,716.95 | 48.48 | |

Page Subtotals        0.00        0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-08396
Case Name: THOMAS P. KELLY
GERTRUDE KELLY
Taxpayer ID No: XX-XXX2349
For Period Ending: 10/18/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX1229 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 5/15/2007 | | Transfer from Acct#XXXXXX4255 | Transfer of Funds | 9999-000 | 35,668.47 | | 35,668.47 |
| 5/16/2007 | 002001 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 15,503.35 | 20,165.12 |
| 5/16/2007 | 002002 | JOSEPH BALDI & ASSOCIATES<br>19 S. LASALLE STREET<br>SIUTE 1500<br>CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 5,870.00 | 14,295.12 |
| 5/16/2007 | 002003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 1,060.00 | 13,235.12 |
| 5/16/2007 | 002004 | JOSEPH BALDI & ASSOCIATES<br>19 S. LASALLE STREET<br>SIUTE 1500<br>CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.000% per court order.) | 3220-000 | | 67.91 | 13,167.21 |
| 5/16/2007 | 002005 | Federated Retail Holdings, Inc./Marshall Fields<br>C/O TSYS Debt Management<br>Po Box 137<br>Columbus, GA 31902 | (Final distribution to Claim 2, representing a Payment of 16.15% per court order.) | 7100-000 | | 48.54 | 13,118.67 |
| 5/16/2007 | 002006 | Citibank/ CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | (Final distribution to Claim 3, representing a Payment of 16.15% per court order.) | 7100-000 | | 2,779.21 | 10,339.46 |
| 5/16/2007 | 002007 | Citibank/ CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | (Final distribution to Claim 5, representing a Payment of 16.15% per court order.) | 7100-000 | | 4,835.36 | 5,504.10 |

Page Subtotals    35,668.47    30,164.37

Page: 4

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08396
Case Name: THOMAS P. KELLY
         GERTRUDE KELLY
Taxpayer ID No: XX-XXX2349
For Period Ending: 10/18/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX1229 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 5/16/2007 | 002008 | Citibank/CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | (Final distribution to Claim 4, representing a Payment of 16.15% per court order.) | 7100-000 | | 2,317.65 | 3,186.45 |
| 5/16/2007 | 002009 | Discover Bank/Discover Financial Services PO Box 3025 New Albany OH 43054 | (Final distribution to Claim 1, representing a Payment of 16.15% per court order.) | 7100-000 | | 878.93 | 2,307.52 |
| 5/16/2007 | 002010 | 5 Star Life Insurance Company c/o Marshal Cole 909 N. Washington Street Alexandria, Virginia 22314 | (Final distribution to Claim 8, representing a Payment of 16.15% per court order.) | 7100-000 | | 746.04 | 1,561.48 |
| 5/16/2007 | 002011 | Citibank South Dakota N.A. Citibank South Dakota N.A. Citibank Checking Plus 1000 Technology Drive O'Fallon, MO 63304 | (Final distribution to Claim 6, representing a Payment of 16.15% per court order.) | 7100-000 | | 1,314.40 | 247.08 |
| 5/16/2007 | 002012 | LVNV Funding LLC its successors and assigns as LVNV Funding LLC its successors and assigns as assignee of Resurgent Capital Services Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | (Final distribution to Claim 7, representing a Payment of 16.15% per court order.) | 7100-000 | | 247.08 | 0.00 |
| 9/6/2007 | 002013 | Citibank South Dakota N.A. Citibank Checking Plus 1000 Technology Drive Mail Stop 504 O'Fallon, MO 63304 | | | | 1,314.40 | -1,314.40 |

Page Subtotals    0.00    6,818.50

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08396
Case Name: THOMAS P. KELLY
GERTRUDE KELLY
Taxpayer ID No: XX-XXX2349
For Period Ending: 10/18/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1229 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 9/7/2007 | 002011 | Citibank South Dakota N.A. Citibank South Dakota N.A. Citibank Checking Plus 1000 Technology Drive Mail Stop 504 O'Fallon, MO 63304 | Stop payment received from ETRX | 7100-000 | | -1,314.40 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 35,668.47 | 35,668.47 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 35,668.47 | 35,668.47 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 35,668.47 | 35,668.47 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Trustee Investment Product - XXXXXX4242 | 0.00 | 0.00 | 0.00 |
| MONEY MARKET ACCOUNT - XXXXXX4255 | 0.00 | 48.48 | 0.00 |
| CHECKING ACCOUNT - XXXXXX1229 | 35,716.95 | 35,668.47 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 35,716.95 | 35,716.95 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals    0.00    -1,314.40

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number    4428951229
01 01 148 06 M0000 E#      1
Last Statement:   08/31/2007
This Statement:   09/28/2007

ESTATE OF
KELLY, THOMAS P., DEBTOR
KELLY, GERTRUDE, DEBTOR
GREGG SZILAGYI - TRUSTEE
06-08396
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-09-13 *****

Customer Service
1-877-757-8233

Page     1 of    2

Bankruptcy Case Number: 0608396

This month, you will see changes to the information describing automated clearing house transactions posting to your account. These technical changes will provide you with more reference information in an easy-to-read format.

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

Statement Period 09/01/2007 - 09/28/2007      Statement Beginning Balance    1,314.40
Number of Deposits/Credits            0       Amount of Deposits/Credits          .00
Number of Checks                      1       Amount of Checks               1,314.40
Number of Other Debits                0       Amount of Other Debits              .00
                                              Statement Ending Balance            .00

Number of Enclosures                  1       Service Charge                      .00

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2013 | 1,314.40 | 09/17 | 3792693065 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | 1,314.40 | 1,314.40 | 09/28 | .00 | .00 |
| 09/17 | .00 | .00 | | | |

